# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

ALI ABOUBAKER,

    Plaintiff,

vs                                    Case No: 2:11-cv-13001
                                        Hon. Denise Page Hood
COUNTY OF WASHTENAW,               Mag. Mark A Randon
DAVID SHIRLEY, in his individual and
official capacity, RICHARD FERRELL,
in his individual and official capacity,

    Defendants.

_____

AKEEL & VALENTINE, PLC          MILLER JOHNSON
Shereef H. Akeel P54345             Thomas R. Wurst (P30177)
Attorneys for Plaintiff                Attorneys for Defendants
888 West Big Beaver, Ste. 910       250 Monroe, NW, Ste. 800
Troy, MI  48084                     Grand Rapids, MI 49503
(248) 269-9595                     (616) 831-1775
shereef@akeelvalentine.com        wurstt@millerjohnson.com

_____

## ORDER TO EXTEND DISCOVERY DATES

       Upon stipulation of the parties:

       **IT IS HEREBY ORDERED** the discovery deadline of August 28, 2012 is hereby extended for a period of thirty (30) days and discovery shall be completed no later than **September 28, 2012**.

       **IT IS SO ORDERED.**

Dated:  September 18, 2012          S/Denise Page Hood         
                                        Honorable Denise Page Hood
                                        United States District Judge