UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALI ABOUBAKER,

    Plaintiff,                         Case No. 11-13001

v.                                   HONORABLE DENISE PAGE HOOD

COUNTY OF WASHTENAW,

    Defendant.
_____/

**ORDER GRANTING MOTION TO STAY EXECUTION OF
JUDGMENT PENDING APPEAL AND
APPROVING SUPERSEDEAS BOND**

This matter comes before the Court on Defendants' Motion to Stay Execution of Judgment Pending Appeal. No response was filed to the motion, but Defendants assert that Plaintiff's counsel concurred in the amount of the Supersedeas Bond. (Doc. No. 105, Pg ID 2819)

Rule 62(d) of the Rules of Civil Procedure provides that if an appeal is taken, the appellant may obtain a stay by supersedeas bond and the stay takes effect when the court approves the bond. Fed. R. Civ. P. 62(d). Rule 62(d) entitles a party who files a satisfactory supersedeas bond to a stay of money judgment as a matter of right. *See, Arban v. West Pub. Corp.,* 345 F.3d 390, 409 (6th Cir. 2003). The Judgment against Defendants in the amount of $1,185,520.10. The Supersedeas Bond is in the

amount of $1,305,120.00.  Plaintiff's counsel, having filed no written opposition to the motion, and the Court, having found the amount of the bond sufficient, accordingly,

IT IS ORDERED that Defendants' Motion to Stay Execution of the Judgment Pending Appeal **[Doc. No. 105]** is GRANTED.  The Court approves the Supersedeas Bond submitted by Defendants.

                                S/Denise Page Hood
                                Denise Page Hood
                                United States District Judge

Dated:  May 13, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 13, 2015, by electronic and/or ordinary mail.

                                S/LaShawn R. Saulsberry
                                Case Manager